```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 41040
   TRACI C KENNEDY
                                          CHAPTER 13

                                          JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-2912

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/04/2004 and was confirmed 01/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  19.43%.

     The case was paid in full 10/07/2008.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
SHERWIN WILLIAMS CREDIT  SECURED            5000.00         571.76       5000.00
ILLINOIS DEPT OF REVENUE UNSECURED           736.58            .00        143.12
BMG MUSIC SERVICE        UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING  UNSECURED OTH      485.00             .00         94.24
CITICORP SAVINGS         UNSECURED        NOT FILED            .00            .00
FINGERHUT                UNSECURED        NOT FILED            .00            .00
ILLINOIS DEPT OF EMPLOYM UNSECURED           6600.00           .00       1282.38
MIDLAND CREDIT MANAGEMEN UNSECURED        NOT FILED            .00            .00
SIR FINANCE              UNSECURED           1365.00           .00        265.22
SHERWIN WILLIAMS CREDIT  UNSECURED OTH       222.39            .00         51.49
JEFFERSON CAPITAL SYSTEM UNSECURED           1606.86           .00        312.21
AAA CHECKMATE            FILED LATE           860.51           .00            .00
BROTHER LOAN & FINANCE   FILED LATE              .00           .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY             480.72           .00        480.72
ZALUTSKY & PINSKI LTD    DEBTOR ATTY       2,694.00                     2,694.00
TOM VAUGHN               TRUSTEE                                          633.84
DEBTOR REFUND            REFUND                                           362.70

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              11,891.68

PRIORITY                                       480.72
SECURED                                      5,000.00
    INTEREST                                   571.76
UNSECURED                                    2,148.66
ADMINISTRATIVE                               2,694.00
TRUSTEE COMPENSATION                           633.84
DEBTOR REFUND                                  362.70
                                       ---------------   ---------------

             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 41040 TRACI C KENNEDY
```

```
TOTALS                             11,891.68          11,891.68
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 01/28/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```